**UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN**

**CRIMINAL MINUTE SHEET**

| **USA v.**  Brett Jon Shomin | **Mag. Judge:**  Ellen S. Carmody |
|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:98-cr-00231-PLM | October 14, 2010 | 4:15 p.m. - 4:37 p.m. | Grand Rapids | |

**APPEARANCES:**

| Government: | Defendant: | Counsel Designation: |
|---|---|---|
| Jeff J. Davis  by Heath Lynch | Appeared w/out counsel (court to appoint) | |

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT READ |
|---|---|---|
| | SRV/Probation Petition | Read _____    Reading Waived _____ |

| TYPE OF HEARING | DOCUMENTS | CHANGE OF PLEA |
|---|---|---|
| ✓ First Appearance<br>____ Arraignment:<br>         ____ mute<br>         ____ not guilty<br>         ____ guilty<br>         ____ nolo contendre<br>____ Initial Pretrial Conference<br>____ Detention   (waived ____)<br>____ Preliminary   (waived ____)<br>____ Rule 5 Proceeding<br>____ Revocation/SRV/PV<br>____ Bond Violation<br>____ Change of Plea<br>____ Sentencing<br>____ Other:_____ | ____ Defendant's Rights<br>____ Waiver of _____<br>____ Consent to Mag. Judge for ____<br>____ Other:<br>_____<br>_____<br><br>Court to Issue:<br>____ Report & Recommendation<br>____ Order of Detention<br>____ Order to file IPTC Statements<br>____ Bindover Order<br>✓ Order Appointing Counsel<br>____ Other: | Guilty Plea to Count(s) _____<br>of the<br>_____<br><br>Count(s) to be dismissed at sentencing:<br>_____<br><br>Presentence Report:<br>____ Ordered    ____ Waived<br><br>____ Plea Accepted by the Court<br><br>____ No Written Plea Agreement |

| ADDITIONAL INFORMATION | SENTENCING |
|---|---|
| | Imprisonment: _____<br>Probation: _____<br>Supervised Release: _____<br>Fine: $ _____<br>Restitution: $ _____<br>Special Assessment: $ _____<br>Plea Agreement Accepted: ____ Yes  ____ No<br>Appeal Packet Given:  ____ Yes  ____ No |

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ _____ |

| **CASE TO BE:**  Set for hearing before Magistrate Judge | **TYPE OF HEARING:**  Preliminary/Detention Hearings |
|---|---|

| **Reporter/Recorder:**  Digitally Recorded | **Courtroom Deputy:**  J. Lenon |
|---|---|